O

# United States District Court
# Central District of California

| | |
|---|---|
| DARRELL WORTHEN,<br><br>    Plaintiff,<br><br>  v.<br><br>DEBORAH LEE JAMES,<br>Secretary of the Air Force,<br><br>    Defendant. | Case № 2:15-cv-01747-ODW-JCx<br>Case № 2:16-cv-03181-ODW-JCx<br><br>**ORDER GRANTING STIPULATION TO CONSOLIDATE RELATED CASES AND RESCHEDULE PRETRIAL DATES** |

## I. INTRODUCTION

On May 9, 2016, Plaintiff Worthen filed a second suit against Defendant Lee—again alleging violations of federal employment discrimination law. (*See* 2:16-cv-03181-ODW-JC, ECF No. 1.)  Now parties in this employment discrimination matter have jointly stipulated to consolidate the two related cases in the interest of efficiency. (ECF No. 25.)  Because each case asks duplicative questions, relies on duplicative witnesses, and requires a duplicative presentation of evidence, the Court **GRANTS** the stipulation to consolidate these matters.

It is hereby **ORDERED** that case numbers 2:16-cv-03181-ODW-JCx and 2:15-cv-1747-ODW-JCx shall be consolidated and **all further pleadings shall be filed in and designated as Case Number 2:15-cv-1747-ODW-JCx.**

The Court also **ORDERS** that all previously scheduled dates in the 2:15-cv-1747-ODW-JCx matter be **VACATED**, and the following dates will now govern the consolidated matter:

Jury Trial: Tuesday, June 6, 2017 at 9:00 a.m.

Deadline for Final Trial Exhibit Stipulation: June 1, 2017

Final Pretrial Conference and Hearing on MILs: May 22, 2017 at 1:30 p.m.

Deadline to Lodge Pretrial Conference Order, MILs, etc.: May 8, 2017

Last Date to Hear Motions: April 17, 2017

Last Date to Conduct Settlement Conference: April 10, 2017

Cut-off for All Discovery: March 6, 2017

Last Date to File Motion to Amend Pleadings or Add Parties: November 1, 2016

**IT IS SO ORDERED.**

September 13, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**